IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | | |
|---|---|---|
| CYNTHIA HUGHES, | § § § | |
| Plaintiff, | § § | |
| v. | § § | |
| C R BARD, INC., et al., | § § | CASE NO.: 1:20-cv-00244-DCLC-HBG |
| Defendants. | § § § | |

## MOTION FOR LEAVE TO WITHDRAWAL AS COUNSEL

COMES NOW, Darren McDowell and Eric Przybysz, of the law firm Fears Nachawati Law Firm, PLLC, respectfully moves this Court to allow him to withdraw as counsel for Plaintiff Cynthia Hughes in this matter. In support of this motion, the undersigned show as follows:

The above-captioned case was initially filed in the United States District Court for the Northern District of Texas where it was captioned *Cynthia Hughes v. C. R. Bard, Inc. et al.,* 3:20-cv- 02190. On August 26, 2020, this case was transferred to this Court pursuant to the to the Order granting the Amended Motion to Sever and Transfer Venue of Out-of-State Plaintiffs' Cases [Dkt. No. 25].

Darren McDowell, Steven S. Schulte and Eric Przybysz from the law firm Fears Nachawati Law Firm, PLLC previously appeared on Plaintiff's behalf while this case was pending in the United States District Court, Northern District of Texas.

Now, since this case has been transferred to this Court, Joe P Leniski , Jr. from the law firm Branstetter, Stranch & Jennings, PLLC and Steven S. Schulte of the law firm Fears Nachawati Law Firm, PLLC have been retained by Plaintiff to substitute for Mr. McDowell and Mr. Przybysz as trial counsel.

For the convenience of the Court and opposing counsel, Plaintiff respectfully moves the

1

Court to grant the withdrawal of Mr. McDowell and Mr. Przybysz and substitution of Plaintiff's counsel as set forth in this Motion.

Accordingly, Mr. McDowell and Mr. Przybysz hereby respectfully request leave to withdraw their appearance, *instanter*, and respectfully ask that they be removed from the Court and party service lists; and that any notices, motions, and other filings no longer be directed to them, whether through the CM/ECF filing system or otherwise.

Plaintiff further respectfully requests that the Court grant the following substitution as lead counsel for Defendants:

>  Steven S. Schulte
>  Fears Nachawati Law Firm, PLLC
>  5473 Blair Road
>  Dallas, Texas 75231
>  Tel. (214) 890-0711
>  Fax (214) 890-0712
>  Email: schulte@fnlawfirm.com
>
>  Joe P Leniski, Jr.
>  Branstetter, Stranch & Jennings, PLLC
>  223 Rosa L. Parks Avenue
>  Suite 200
>  Nashville, TN 37203
>  Tel, (615) 254-8801
>  Fax: (615) 255-5419
>  Email: joeyl@bsjfirm.com

Mr. Leniski has already filed Notices of Appearance with the Court. Mr. Schulte has been granted admission to appear *pro hac vice*. Plaintiff respectfully asks that the service list be updated to reflect the withdrawal and substitution of counsel in this matter.

WHEREFORE, premises considered, Plaintiff respectfully requests that the Court grant this motion allowing for withdrawal and substitution of counsel.

Dated October 2, 2020                                   Respectfully submitted,

                                                        */s/ Steven Schulte*
                                                        **Steven Schulte**
                                                        Texas Bar No. 24051306

schulte@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, TX 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*/s/ Joe P. Leniski, Jr.*
**Joe P. Leniski, Jr. BPR #22891**
**Branstetter, Stranch, & Jennings, PLLC**
223 Rosa Parks Ave Suite 200
Nashville, TN 37203
(615) 254-8801
(615) 255-5419 (fax)
joeyl@bsjfirm.com

*Attorneys for Plaintiff*

*/s/ Darren McDowell*
**Darren McDowell**
Texas Bar No. 24025520
dmcdowell@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

*/s/ Eric Martin Przybysz*
**Eric Martin Przybysz**
Texas Bar No. 24102381
ericp@fnlawfirm.com
**FEARS NACHAWATI, PLLC**
5473 Blair Road
Dallas, Texas 75231
Tel. (214) 890-0711
Fax (214) 890-0712

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all known counsel of record by electronic service in accordance with the Federal Rules of Civil Procedure on this 2nd day of October 2020.

*/s/ Steven Schulte*
**Steven Schulte**