UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| CYNTHIA HUGHES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>C.R. BARD, INC., et al., )<br>)<br>Defendants. ) | No. 1:20-CV-244-DCLC-HBG |

**ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Plaintiff's Motion for Leave to Withdraw as Counsel. [Doc. 43] Plaintiff moves the Court to enter an order allowing the withdrawal of attorneys Darren McDowell and Eric Przybysz as counsel of record for Plaintiff. Attorneys Joe P. Leniski, Jr. and Steven S. Schulte will remain as Plaintiff's counsel.

Because continuity of counsel is ensured, the Court finds the Motion **[Doc. 43]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."). Attorneys Darren McDowell and Eric Przybysz are **RELIEVED** of their duties as counsel in this matter.

**IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge